**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MAMADOU SALIOU BARRY,** | § | |
| | § | |
| *Petitioner*, | § | |
| v. | § | |
| | § | |
| **TODD BLANCHE,** | § | |
| Acting U.S. Attorney General; | § | |
| **MARKWAYNE MULLIN,** | § | |
| Secretary, U.S. Department of Homeland Security; | § | |
| **DAVID J. VENTURELLA,** | § | **EP-26-CV-00068-DCG** |
| Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; | § | |
| **MARY DE ANDA-YBARRA,** | § | |
| Director, El Paso Field Office, Immigration and Customs Enforcement; *and* | § | |
| **CURTIS TAYLOR,** | § | |
| Major General, U.S. Army at Camp Bliss, | § | |
| | § | |
| *Respondents*. | § | |

## <u>FINAL JUDGMENT</u>

On July 8, 2026, the Court granted Petitioner Mamadou Saliou Barry's Petition for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to take the following actions:

(1)   by July 15, 2026, release Petitioner from custody under appropriate and lawful conditions of supervision; *and*

(2)   by July 22, 2026, notify the Court that Petitioner was released from custody.[1]

Respondents timely confirmed that Petitioner was released from custody.[2]

---

[1] *See* Order Granting Pet., ECF No. 6, at 9–10.

[2] *See* Resp'ts' Advisory, ECF No. 10.

Petitioner has obtained the habeas relief to which he is entitled, so there appears to be nothing further for the Court to do in this case. The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.[3]

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

The Court **CLOSES** the above-captioned case.

Finally, the Clerk of Court **SHALL MAIL** this Final Judgment to both:

Mamadou Saliou Barry
ERO El Paso Camp East Montana
8915 Montana Ave.
El Paso, Texas 79925

**AND**:

Ibrahima Sory Barry
204 Richfield Road
Upper Darby, PA 19087

**So ORDERED and SIGNED this 3rd day of August 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[3] FED. R. CIV. P. 58(a) ("Every judgment and amended judgment must be set out in a separate document . . . .").

See RULES GOVERNING SECTION 2254 CASES ("Habeas Rules"), Rule 1(a) ("These rules govern a petition for a writ of habeas corpus filed in a United States district court under 28 U.S.C. § 2254").

See also Habeas Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)"); Habeas Rule 12 ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.").